UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22CR00021 SNLJ |
| ALLEN BROOKS, JR., | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Defendant's Motion to Dismiss Indictment [Doc. 32]. On October 7, 2022, United States Magistrate Judge Abbie Crites-Leoni filed a Report and Recommendation [Doc. 35]. On October 18, 2022, Defendant filed written objections to the Report and Recommendation [Doc. 39].

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 35], filed October 7, 2022, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment [Doc. 32] is **DENIED**.

Dated this 31st day of October, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE